NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**FAIRWARNING IP, LLC,**
*Plaintiff-Appellant*

**v.**

**CYNERGISTEK, INC.,**
*Defendant-Appellee*

_____

2016-1096

_____

Appeal from the United States District Court for the Middle District of Florida in No. 8:15-cv-00100-SDM-AEP, Judge Steven D. Merryday.

_____

**JUDGMENT**

_____

SEAN A. PASSINO, Hauptman Ham, LLP, Alexandria, VA, argued for plaintiff-appellant. Also represented by RACHEL KAREN PILLOFF; MICHAEL S. HOOKER, JASON PAUL STEARNS, Phelps Dunbar LLP, Tampa, FL.

LISA M. TITTEMORE, Sunstein Kann Murphy & Timbers LLP, Boston, MA, argued for defendant-appellee. Also represented by BRANDON TYLER SCRUGGS, SHARONA STERNBERG.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, PLAGER, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 October 11, 2016         /s/ Peter R. Marksteiner
          Date                  Peter R. Marksteiner
                                Clerk of Court